Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone:  559-431-9710
Attorney for Defendant, DOUGLAS SHORT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>DOUGLAS SHORT,<br><br>      Defendant. | No.  1:13-CR-00144 AWI BAM<br><br>**STIPULATION TO CONTINUE STATUS HEARING AND ORDER THEREON**<br><br>**Date:  November 25, 2013**<br>**Time:  1:00 p.m.**<br>**Judge: Honorable Barbara A. McAuliffe**<br>    **United States Magistrate** |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status hearing in the above entitled matter now set for November 25, 2013, may be continued to January 27, 2014 at 1:00 p.m.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h) (7) (A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, and plea negotiations taking into account the exercise of due diligence.

Good cause exists to allow time to seek an expert to review medical records.  Since the last continuance, defense counsel has conducted its forensic review of the evidence and attempted

1

to retain the services of a psychiatrist in Sacramento to review the medical records, which expert has declined to be retained. Defense counsel has now scheduled a psychiatric exam for the defendant to take place December 3, 2013. The parties agree that the case will be set for change of plea or trial setting at the January 27, 2014 status hearing.

DATED: November 20, 2013      FLETCHER & FOGDERUDE, INC.

                                           /s/ Eric K. Fogderude          .
                                          ERIC K. FOGDERUDE
                                          Attorney for Defendant, DOUGLAS SHORT

DATED: November 20, 2013      Benjamin B. Wagner

                                          United States Attorney

                                          /s/ Brian Enos                      .
                                          BRIAN ENOS
                                          Assistant US Attorney

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. §3161, subd.(h)(7)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the court grants the stipulation that the 2nd status hearing be continued from November 25, 2013 at 1:00 p.m. to January 27, 2014 at 1:00 p.m. before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **November 20, 2013**            /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE